# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                        CASE NO: 2:12-cr-37-FtM-29DNF

CRISTOBAL PAZ

## ORDER OF DETENTION PENDING FINAL REVOCATION HEARING
## FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held. The Court considered the Probation Officer's Report, the proffers and arguments of counsel, the nature and circumstances of the violation and the weight of evidence against the Defendant. Based upon the evidence and testimony presented at the hearing, the Court finds the Defendant is not a good candidate for release with electronic monitoring. The Court finds that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community. This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

Therefore it is **ORDERED** that the Defendant is detained without prejudice pending Final Revocation Hearing.

**DONE AND ORDERED** at Fort Myers, Florida, this 30th Day of May, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

## DIRECTIONS REGARDING DETENTION

**CRISTOBAL PAZ** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  **CRISTOBAL PAZ** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Copies furnished to:  All parties of record